IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BERNARDLY JONES | : | CIVIL ACTION |
| v. | : | No. 11-0860 |
| BRIAN CORBIN, et al. | : | |

## ORDER

AND NOW, this 26th day of March, 2014, upon careful and independent consideration of Petitioner Anthony Bernardly Jones's pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo[1] and Jones's objections thereto, it is ORDERED:

1. Jones's Objections to the Report and Recommendation (Documents 12 & 13) are OVERRULED;

2. The Report and Recommendation (Document 11) is APPROVED and ADOPTED;

3. Jones's petition for writ of habeas corpus (Document 1) is DENIED;

4. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability; and

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Judge Restrepo, now a District Court Judge, was appointed to the United States District Court for the Eastern District of Pennsylvania on June 19, 2013, by President Obama.